IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IESHIA JOSEY,<br>o/b/o A.D.M.H., a minor,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | CIVIL ACTION NO. 5:18-CV-257 (MTT) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends remanding the Plaintiff's case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. 15 at 1. Neither party has objected to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation for clear error and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 15) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED**, this 21st day of November, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT